IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY CAIRNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 3:19-CV-2029 |
| A GONZALEZ INVESTMENTS LTD., | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANTHONY CAIRNS ("Plaintiff") and Defendant, A GONZALEZ INVESTMENTS LTD. ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, A GONZALEZ INVESTMENTS LTD., and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 16th day of April, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Law Offices of
LIPPE & ASSOCIATES

Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
2222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
emil@texaslaw.com

Attorneys for Plaintiff


*/s/*     Weldon Moore_____
Weldon L. Moore, III
State Bar No. 14380500
Sussman & Moore LLP
4645 N. Central Expressway, Suite 300
Dallas, TX  75202
Tel: (214) 378-8270
wmoore@csmlaw.net

Attorney for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.


/s/  Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL